```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :      23cr459(DLC)
           -v-                           :
                                         :         ORDER
ROY REYES,                               :
                                         :
                          Defendant.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the initial conference scheduled for September 29, is adjourned to **October 6, 2023 at 11:30 AM** in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         September 26, 2023

_____
DENISE COTE
United States District Judge