```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :         23cr459(DLC)
            -v-                       :
                                      :            ORDER
ROY REYES,                            :
                                      :
                  Defendant.          :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

    Having received the Government's letter of January 24, 2024, it is hereby

    ORDERED that a change of plea is scheduled in this matter for January 29 at 11:00 AM in Courtroom 18B, 500 Pearl Street.

    IT IS FURTHER ORDERED that the Government's time to respond to the defendant's motion of January 12 is adjourned to February 5, 2024.

Dated:    New York, New York
            January 24, 2024

                                                _____
                                                      DENISE COTE
                                            United States District Judge