UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                                :

UNITED STATES OF AMERICA          :

                                   :         23cr459(DLC)

         -v-                    :

                                   :           ORDER

ROY REYES,                      :

                                   :

                      Defendant.   :

                                   :

------------------------------------------ X

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that sentence scheduled May 9 is adjourned to **May 10, 2024** at **12:00 PM** in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
           April 24, 2024

                            _____
                                DENISE COTE
                      United States District Judge